IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHINA MARIANO,

    Plaintiff,

vs.                            No. 1:18-cv-00431 JCH-LF

UNITED STATES GOVERNMENT; HAROLD
MEDINA, in his individual and official capacity;
TREVOR HUNT in his individual and official
capacity; and JOHN DOES 1-20, in their
individual and official capacities,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties, by and through their respective undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this action in its entirety, including all claims and cross-claims that were brought or that could have been brought in this action, with all parties to pay their own fees and costs, and the defendants to each bear their own costs of settlement without contribution or indemnification from other defendants.

Respectfully submitted:

KELEHER & McLEOD, P.A.

By _____
David W. Peterson
P.O. Box AA
Albuquerque, NM 87103
(505) 346-4646
dwp@keleher-law.com
*Attorneys for Defendants*

and

DAVIS KELIN LAW FIRM, LLC

_____
Gina Downes

Zackeree S. Kelin
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 242-7200
gdownes@daviskelin.com
zkelin@daviskelin.com
*Attorneys for Plaintiff, Tashina Mariano*

BUTT THORNTON & BAEHR PC

_____
Agnes Fuentevilla Padilla
P.O. Box 3170
Albuquerque, NM 87190
(505) 884-0777
afpadilla@btblaw.com
*Attorneys for Defendant Harold Medina*


_____
Michael Hoses
Cassandra Casaus Currie
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Michael.hoses@usdoj.gov
Cassandra.currie@usdoj.gov
*Attorneys for United States Government*

4839-5707-3551, v. 1

Zackeree S. Kelin
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 242-7200
gdownes@daviskelin.com
zkelin@daviskelin.com
*Attorneys for Plaintiff, Tashina Mariano*

BUTT THORNTON & BAEHR PC

_____

Agnes Fuentevilla Padilla
P.O. Box 3170
Albuquerque, NM 87190
(505) 884-0777
afpadilla@btblaw.com
*Attorneys for Defendant Harold Medina*

*/s/ Michael Hoses*
Michael Hoses
Cassandra Casaus Currie
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Michael.hoses@usdoj.gov
Cassandra.currie@usdoj.gov
*Attorneys for United States Government*

4839-5707-3551, v. 1